UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENAN KERIM,

        Plaintiff,                                         Case No. 23-13263

v.

                                                      HON. MARK A. GOLDSMITH

SCOTCH & HOPS, INC.
D/B/A AVENUE AMERICAN BISTRO et al.,

        Defendants.
_____/

### ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR SUMMARY JURY TRIAL (Dkt. 29) AND PLAINTIFF'S MOTION FOR NOTICE OF COLLECTIVE ACTION (Dkt. 47) AND ORDER TO APPEAR

        The Court previously granted Defendants' motion for summary jury trial, in part, by setting a date for a summary bench trial, which the parties then requested be cancelled due to the settlement reached in this matter.  Accordingly, that motion is now denied as moot, along with Plaintiff's motion for notice of collective action (Dkt. 47).  Although the parties represented to the court, on February 4, 2025,  that a settlement agreement has been executed, no dismissal order has been submitted.  Therefore, the Court orders that counsel appear personally before the Court on March 10, 2025 at 4:30 p.m. and show cause why this case should not be dismissed, unless they submit a dismissal order before that time.

        SO ORDERED.

Dated: February 27, 2025                                s/Mark A. Goldsmith
       Detroit, Michigan                              MARK A. GOLDSMITH
                                                                  United States District Judge