UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENAN KERIM

    Plaintiff,

v.

SCOTCH & HOPS, INC., et al.

    Defendants.

Case No. 23-cv-13263-MAG

Hon. Mark A. Goldsmith

STIPULATION FOR ORDER OF DISMISSAL

The Plaintiff, Kenan Kerim and Defendants Scotch & Hops, Inc. and Karl Makky, stipulate all claims in this matter being dismissed with prejudice and without costs and attorneys fee to any party.

*So stipulated, agreed as to form and substance:*

| | |
|---|---|
| /s/ Gary K. August | /s/ Keith D. Flynn |
| Gary K. August (P48730) | Keith Flynn (P74192) |
| **SIMON ATTORNEYS & COUNSELORS, PLLC** | **MILLER COHEN, PLC** |
| 363 W Big Beaver Rd., Suite 410 | 7700 Second Avenue, Suite 335 |
| Troy, MI 48084 | Detroit, MI 48202 |
| (248) 833-6225 | (313) 964-4454 |
| gaugust@simonattys.com | kflynn@millercohen.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| KENAN KERIM | Case No. 23-cv-13263-MAG |
| Plaintiff, | |
| v. | Hon. Mark A. Goldsmith |
| SCOTCH & HOPS, INC., et al. | |
| Defendants. | |

**STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**
**AND WITHOUT COSTS OR FEES**

The Plaintiff, Kenan Kerim and Defendants Scotch & Hops, Inc. and Karl Makky, having stipulated to dismiss all claims in this case with prejudice and without costs or attorney fees.

IT IS ORDERED THAT the all claims in this matter are DISMISSED WITH PREJUDICE and without costs and fees.

IT IS FURTHER ORDERED THAT entry of this order resolves all claims between all parties and closes the case.

Dated: March 10, 2025

                                                s/Mark A, Goldsmith
                                                Hon. Mark A. Goldsmith
                                                US District Court Judge